UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENG PETER MAKUEY,

                    Petitioner,

     v.

BRUCE SCOTT et al.,

                  Respondents.

CASE NO. 2:26-cv-00632-DGE

ORDER DIRECTING PETITIONER
TO FILE AMENDED PETITION
FOR WRIT OF HABEAS CORPUS

On December 16, 2025, in *Makuey v. Scott, et al*., Case No. 2:25-cv-01235-DGE ("*Makuey* I"), the Court granted Petitioner's petition for writ of habeas corpus and ordered him released from detention. *Makuey* I at Dkt. No. 17. The Court further ordered that Respondents may not re-detain Petitioner until "after he is provided written notice of the basis for revoking his release and an appropriate opportunity to respond to [the] notice." *Id.* at 14. Petitioner was released from the Northwest Immigration and Customs Enforcement Processing Center on December 17, 2025. *Makuey* I at Dkt. No. 19.

ORDER DIRECTING PETITIONER TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS - 1

In a "Status Report" filed February 20, 2026, Petitioner informed the Court that Immigration and Customs Enforcement ("ICE") re-detained him on February 18, 2026.  (Dkt. No. 1.)  Petitioner states that when he was taken into ICE custody, he was served with (1) Notice of Revocation of Release dated February 16, 2026 indicating that his removal would be effectuated no later than March 17, 2026; (2) Notice of Imminent Removal Pursuant to 8 C.F.R. § 241.4(g)(4); and (3) Alien Informal Interview Upon Revocation of Order of Supervision Under 8 C.F.R. §§ 241.4(l) and 241.13(i).  (*Id.* at 1-2; *see also* Dkt. Nos. 1-1 at 1; 1-2 at 1; 1-3 at 1.)  According to Petitioner, ICE claims to have obtained travel documents for him to South Sudan.  (Dkt. No. 1 at 2.)  Petitioner requests the Court issue an order to show cause why Respondents should not be held in contempt for failure to follow the Court's December 16, 2025 order.  (*Id.*)

The Status Report identifies a new detention and, therefore, the Court construes it as a new petition for writ of habeas corpus.  The Court directed the Clerk to open a new case file.  However, the Status Report is incomplete as it fails to identify the full authority for relief.  Therefore, the Court ORDERS Petitioner to file an amended habeas petition setting forth all claims for relief no later than **February 26, 2026.**  Petitioner shall subsequently serve Respondents with the amended petition.  Petitioner shall also pay the filing fee for the new petition or file a motion to proceed *in forma pauperis*.

Upon receipt of the amended habeas petition, the Court will issue an expedited briefing schedule.

Respondents shall provide Petitioner and Petitioner's counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed) prior to any action to move or transfer the Petitioner from the Western District of Washington or to remove Petitioner from the United States.

ORDER DIRECTING PETITIONER TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS - 2

Petitioner is ordered to immediately serve this Order on Respondents.

Dated this 21st day of February, 2026.

David G. Estudillo
United States District Judge

ORDER DIRECTING PETITIONER TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS - 3