UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENG PETER MAKUEY,<br><br>               Petitioner,<br>v.<br><br>BRUCE SCOTT et al.,<br><br>               Respondents. | CASE NO. 2:26-cv-00632-DGE<br><br>ORDER DIRECTING PARTIES TO MEET AND CONFER AND GRANTING TEMPORARY PROVISIONAL RELIEF PENDING RESPONDENTS' RESPONSE TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 4.) |

At approximately 10:35 p.m. on February 25, 2026, Petitioner filed an amended petition for writ of habeas corpus seeking relief from detention. (Dkt. No. 3.) Simultaneously, Petitioner filed an emergency motion for temporary restraining order ("TRO") seeking to prevent his removal to South Sudan, which Petitioner's counsel believes will occur around 3:00 a.m. the morning of February 26, 2026. (Dkt. No. 4.) The Court hereby provisionally GRANTS temporary relief pending further review.

The motion (and the amended petition) assert Petitioner was re-detained by Immigration and Customs Enforcement ("ICE") on February 18, 2026, and remains at the Northwest ICE Processing Center. ICE informed Petitioner that he would be removed to South Sudan no later

than March 17, 2026.  Petitioner argues ICE revoked his order of supervision without any notice or meaningful hearing before re-detaining him, and that he has not seen the travel documents "supposedly issued by South Sudan."  Through friends who have been in communication with Petitioner, counsel indicates Petitioner has been informed he will be transferred to another detention facility and removed to South Sudan "tomorrow" (February 26, 2025).  The motion asserts Petitioner will suffer irreparable harm if moved to another detention facility and removed to South Sudan because, among other things, Petitioner has lived in the United States for more than 32 years and would be separated from his attorneys, family, and support system.  As with the petition, the motion asserts Petitioner's detention is unlawful.

The docket indicates counsel for the Respondents have been notified of the petition via the designated Department of Justice habeas petition email: usawaw.Habeas@usdoj.gov.  The motion indicates counsel will notify Respondents of the motion for TRO at USAWAW.ImmigrationHabeasService@usdoj.gov pursuant to this Court's General Order 10-25, but it is unlikely Respondents will receive notice until the morning.  (Dkt. No. 4 at 2.)

The Court may grant a TRO to preserve the Court's jurisdiction and to maintain the status quo.  *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [] jurisdiction over the matter.").

Accordingly, the Court ORDERS as follows:

1. Petitioner's motion for TRO (Dkt. No. 4) is provisionally GRANTED pending Respondents' response to the motion.  This grant is solely for the purpose of maintaining the status quo so that the Court may review the merits of the motion after full briefing.

2. Respondents are ENJOINED from removing Petitioner from the United States or this jurisdiction—i.e. the Western District of Washington—without further order.

3. Petitioner's counsel SHALL immediately serve process and a copy of this Order on Respondents.  Petitioner's counsel SHALL immediately contact Respondents' counsel to provide a copy of this Order and to meet and confer on (1) a briefing schedule for the motion for TRO and (2) whether the government will agree to a stipulated order to not remove Petitioner from the United States and to not transfer Petitioner to another facility during the pendency of this action.

4. If the Parties can agree on a briefing schedule, they SHALL file a stipulated proposed briefing schedule with the Court, along with any other stipulations the Parties may agree on for the pendency of this case.  If the Parties cannot reach agreement on the briefing schedule, then Respondents SHALL respond to the motion for TRO on the schedule set by Local Civil Rule 65 once service is accomplished.

5. The Parties SHALL contact the courtroom deputy by email if they wish to schedule oral argument on the motion for TRO.

Dated this 26th day of February, 2026 at 12:21 a.m.

David G. Estudillo
United States District Judge

ORDER DIRECTING PARTIES TO MEET AND CONFER AND GRANTING TEMPORARY PROVISIONAL RELIEF PENDING RESPONDENTS' RESPONSE TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 4.) - 3