UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENG PETER MAKUEY,<br><br>    Petitioner,<br> v.<br><br>BRUCE SCOTT et al.,<br><br>    Respondents. | CASE NO. 2:26-cv-00632-DGE<br><br>ORDER REGARDING SECOND MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 8) |

  Before the Court is Petitioner's second motion for temporary restraining order. (Dkt. No. 8.) Petitioner moved to withdraw his first motion for temporary restraining order on February 27, 2026, and the Court denied the motion as moot. (Dkt. Nos. 7, 9.) However, based on a conversation in which an Immigration and Customs Enforcement Officer informed Petitioner "that if he has reasonable fear of removal to South Sudan, he would be able to make that claim before an immigration judge[,]" Petitioner "changed his mind" and requests that the temporary restraining order to remain in place "during the reasonable fear process." (Dkt. No. 8 at 2.)

ORDER REGARDING SECOND MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 8) - 1

1    The Court ORDERS Respondents to file a response to Petitioner's second motion for
2    temporary restraining order pursuant to Local Civil Rule 65(b).  In the alternative, the Parties
3    may agree on the briefing schedule and present said briefing schedule to the Court.
4    Dated this 2nd day of March, 2026.

David G. Estudillo
United States District Judge