UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DENG PETER MAKUEY,

                    Petitioner,

   v.

BRUCE SCOTT et al.,

                    Respondents.

CASE NO. 2:26-cv-00632-DGE

ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE (DKT. NO. 17)

Before the Court is the Parties' stipulated motion to amend briefing schedule. (Dkt. No. 17.)  The Court, finding good cause, ORDERS:

1.  Petitioner's traverse and reply in support of motion for temporary restraining order is due no later than March 30, 2026.

2. The Clerk is directed to re-note the pending petition for habeas corpus (Dkt. No. 3) and motion for temporary restraining order (Dkt. No. 8) to March 30, 2026.

3. As a reminder, Federal Respondents shall not remove Petitioner from the United States or transfer him to any other facility until this Court decides the habeas petition.

ORDER GRANTING STIPULATED MOTION TO AMEND BRIEFING SCHEDULE (DKT. NO. 17) - 1

Dated this 19th day of March, 2026.

David G. Estudillo
United States District Judge